# BELDOCK LEVINE & HOFFMAN LLP

## 99 PARK AVENUE, PH/26TH FLOOR

### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL:
212-277-5825

**VIA ECF**

March 2, 2020

Honorable John G. Koeltl
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The conference is adjourned to March 16, 2020 at 10:30 a.m.
> So Ordered.
>
> New York, NY
> March 3, 2020
> George B. Daniels
> U.S.D.J., Part I

Re:   *Cosey, Archie v. Lynn Lilley,* 18-cv-11260 (JGK)

Dear Judge Koeltl:

This firm represents petitioner Archie Cosey in the above-referenced matter. We respectfully request a brief adjournment of the argument, which is presently scheduled for May 9, 2020 at 10:30 am. The attorney, Keith Szczepanski, who was principally responsible for drafting this petition left the law firm earlier in the year.

The firm has made arraignments to have him argue this petition, however, we request the oral argument date be moved to either the week of the 16th or the 23rd. The basis for this request is the logistics of re-engaging with Mr. Szczepanski for this matter and transferring the necessary files to him has reduced the time he has to prepare this argument. Therefore, we respectfully request the argument be adjourned for one week. The respondents consent to this request, but note they are not available on March 26th, but are otherwise available.

Counsel thanks the Court for their attention to this application.

Respectfully submitted,

David B. Rankin

cc:   All Counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3·4·20