```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────

ARCHIE COSEY,

                        Petitioner,
                                                18-cv-11260 (JGK)
        - against –
                                                ORDER
LYNN LILLEY, Superintendent of
Woodbourne Correctional Facility,

                        Respondent.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The Court has received a letter dated March 25, 2020 from the petitioner inquiring whether the courts are closed. This Court continues to function, and the petitioner's petition has been argued. The Court has taken the petition under submission and will issue a decision. Counsel should provide a copy of this Order to the petitioner.

**SO ORDERED.**

**Dated:   New York, New York**
**         April 10, 2020**              _____/s/ John G. Koeltl_____
                                             **John G. Koeltl**
                                     **United States District Judge**