**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ARCHIE COSEY,

                        Petitioner,                      18 **CIVIL** 11260 (JGK)

      -against-                                    **JUDGMENT**

LYNN LILLEY, Superintendent of Woodbourne
Correctional Facility,
                      Respondent,
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 19, 2020, the Court has considered all the arguments raised by the parties; to the extent not specifically addressed, the arguments are either moot or without merit; for the reason's explained in the Opinion and Order, the petition for a writ of habeas corpus is dismissed. The Court will issue a certificate of appealability for the Court of Appeals to consider whether the petitioner has satisfied the requirements of 28 U.S.C. § 2244(b)(2)(B) and whether the petitioner has made a sufficient showing to overcome the time bar in 28 U.S.C. § 2244(d)(1); for the reasons explained in the Opinion and Order, the resolution of these issues involve substantial constitutional issues; the petition is dismissed, and this case is closed.

**DATED:**  New York, New York
             May 20, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                            **Clerk of Court**
                                  **BY:**
                                                            **Deputy Clerk**