# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ARCHIE COSEY,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV-11260 (JGK)(SDNY)

-against-

LYNN LILLEY, SUPERINTENDENT OF
WOODBOURNE CORRECTIONAL FACILITY

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

June 8th, 2020
Dated

Signature ARCHIE COSEY
DIN# 98-A-6974

ARCHIE COSEY
Name (Last, First, MI)

WOODBOURNE CORRECTIONAL FACILITY, 99 Prison Road, P.O. Box 1000
WOODBOURNE, NEW YORK 12788-1000

Address | City | State | Zip Code

Telephone Number | E-mail Address (if available)

Rev. 12/23/13

# Application to Appeal In Forma Pauperis

ARCHIE COSEY    v. LYNN LILLEY          Appeal No. 18-CV-11260

District Court or Agency No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *[signature]*<br>ARCHIE COSEY DIN#98A6974 | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: June 8, 2020<br>JUNE 8th, 2020 |

My issues on appeal are: (required): ACTUAL INNOCENCE, SUBSTANTIAL CONSTITUTIONAL VIOLATIONS OF DUE PROCESS, 5th Amendment violation against self incrimination, fraud on part of the court and prosecutor etc.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |

- 1 -

12/01/2013 SCC

| Interest and dividends | $ | $ | $ | $ |
|---|---|---|---|---|
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

N/A

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

N/A

- 2 -

4. *How much cash do you and your spouse have?* $ 0

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ N/A | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ N/A | (Value) $ |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ N/A | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

- 3 -

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

*N/A* written across table

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

*N/A* written across table

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |

*N/A* written across table

- 4 -

AO 240 (Rev.6/86) Application to Proceed

# UNITED STATES DISTRICT COURT
## DISTRICT OF

ARCHIE COSEY,

                PETITIONER,

      v.

LYNN LILLEY, SUPERINTENDENT OF
WOODBOURNE CORRECTIONAL FACILITY

                RESPONDENT.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 2018-cv-11260

I, ARCHIE COSEY, declare that I am the (check appropriate box)

☒ Petitioner/plaintiff          ☐ Movant (filing 28 U.S.C. 2255 motion)

☐ Respondent/defendant        ☒ NOTICE OF APPEAL, PETITION FOR A CERTIFICATE OF APPEALABILITY

                                                                    Other

In the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefore; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                 Yes ☐    No ☐
    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.(list both gross and net salary)

B If the answer is "no", state the date of last employment and the amount of salary and wages per month, which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes ☐    No ☒

   b. Rent payments, interest or dividends?    Yes ☐    No ☒

   c. Pensions, annuities or life insurance payments?    Yes ☐    No ☒

   if the answer to any of the above is "yes" describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐    No ☐ (Include any funds in prison accounts)
   If the answer is "yes", state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐    No ☒

   If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   **NONE**

I declare under penalty of perjury that the forgoing is true and correct.

Executed on __JUNE 8th, 2020__.     *(signature)*
    (Date)                        Signature of Applicant
                                      ARCHIE COSEY DIN# 98-A-6974

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum $ __9.99__
On account to his credit at the __Woodbourne Correctional Facility__
Institution where he is confined. I further certify that the applicant likewise has the following

Securities to his credit according to the records of said institution:
NONE

I further certify that during the last six months the applicant's average balance was $ 26.84

_LoriCole, OA3_   6/10/2020
Authorized Officer Of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefore. |
|---|---|
| United States Judge        Date | United States Judge        Date |
|  | or Magistrate |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

ARCHIE COSEY,

          PETITIONER,

        -v-

LYNN LILLEY, SUPERINTENDENT OF
WOODBOURNE CORRECTIONAL FACILITY
          RESPONDENT.

-------------------------------------------------------

## Affirmation of Service

18 Civ -11260   (jGK)

I, ARCHIE COSEY, declare under penalty of perjury that I have served a copy of the attached NOTICE OF APPEAL, Affidavit y In Support of Motion to proceed In Forma Pauperis upon Appeal & Petition For Certificate Of Appealability

M   Upon MS. RUBY J. KRAJICK, CLERK OF COURT, U.S. DIST. Ct. SDNY UNITED STATES COURTHOUSE 500 Pearl Street, N.Y., N.Y. 10007-1316 RM12 CYRUS R. VANCE JR., NEW YORK COUNTY DISTRICT ATTORNEY, 1 Hogan Place NEW YORK, NEW YORK 10013 and to MS. CATHERINE O'HAGAN WOLFE, CLERK

Whose address is: OF U.S. COURT OF APPEALS FOR THE 2ND CIRCUIT NEW YORK UNITED STATES COURTHOUSE, 40 FOLEY SQUARE, NEW YORK, NEW YORK 10007

Dated: JUNE 8th, 2020
New York, New York

_____
Signature   ARCHIE COSEY
DIN# 98-A-6974
WOODBOURNE CORRECTIONAL FACILITY
Address 99 PRISON ROAD
P.O. BOX 1000
WOODBOURNE, NEW YORK 12788-1000
City, State & Zip Code

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                     ss.:
COUNTY OF SULLIVAN)

I, Archie Cosey, DIN: 98A6974, being duly sworn, deposes and says:

On the 8th day of JUNE, 2020 I mailed a true and exact copy of my NOTICE OF APPEAL. IN FORMA PAUPERIS MOTION AND AFFIDAVIT IN SUPPORT THEREOF TO PROCEED UPON APPEAL TOGETHER WITH PETITION FOR A CERTIFICATE OF APPEALABILITY AND THE SUPPORTING EXHIBITS MENTIONED THEREIN IN THE MATTER OF Cosey v Lilley to the following: CASE DOCKET No. 2018-CV-11260

To:
MS. RUBY J. KRAJICK, CLERK OF U.S. DIST. COURT S.D.N.Y. U.S. COURTHOUSE 500 Pearl Street, New York, New York 10007-1316 ROOM 120

MR. CYRUS R. VANCE JR., DISTRICT ATTORNEY OF NEW YORK COUNTY DISTRICT ATTORNEY's OFFICE 1 HOGAN PLACE, NEW YORK, NEW YORK 10013

MS. CATHERINE O'HAGAN WOLFE, CLERK OF U.S. COURT OF APPEALS FOR THE 2nd CIRCUIT NEW YORK UNITED STATES COURTHOUSE, 40 FOLEY SQUARE, NEW YORK, NEW YORK 100007

by placing the properly address postage-paid envelopes in the mailbox regularly maintained by the Woodbourne Correctional Facility.

Respectfully submitted,

Archie Cosey
Woodbourne Correctional Facility
99 Prison Rd. / P. O. Box 1000
Woodbourne, New York 12788

Sworn to before me this 8th, day of June, 2020

_____
NOTARY PUBLIC





NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: ARCHIE COSEY   DIN: 98-A-6974

LEGAL MAIL:

Printed on Recycled Paper