```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————————
ARCHIE COSEY,

                           Petitioner,
                                              18-cv-11260 (JGK)
          - against -
                                              ORDER
LYNN LILLEY, Superintendent of
Woodbourne Correctional Facility,

                           Respondent.
————————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The petitioner has inquired about the filing of the notice of appeal. Both the petitioner and his counsel filed notices of appeal in this case. The petitioner should consult with his counsel on the status of the appeal. Counsel should provide a copy of this Order to the petitioner.

**SO ORDERED.**

Dated:   New York, New York
         August 13, 2020                _____/s/ John G. Koeltl_____
                                            **John G. Koeltl**
                                        **United States District Judge**